IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CASSANDRA LEE MORROW                                                    PLAINTIFF

V.                                         CIVIL ACTION NO. 3:13CV276-NBB-SAA
                                                                        LEAD CASE

KROGER LIMITED PARTNERSHIP I
and MICKEY MANCINI                                                     DEFENDANTS

CONSOLIDATED WITH

SAVANNAH BARRON                                                         PLAINTIFF

V.                                         CIVIL ACTION NO. 3:13CV305-NBB-SAA

KROGER LIMITED PARTNERSHIP I
and MICKEY MANCINI                                                     DEFENDANTS

**ORDER**

        In accordance with the memorandum opinion issued this day, it is **ORDERED AND**

**ADJUDGED** that Defendant Mickey Mancini's motion to dismiss for failure to state a claim is

**GRANTED** and that Plaintiffs' claims against Mancini are **DISMISSED**.


        This, the 25th day of March, 2015.


                                                  /s/ Neal Biggers
                                                  **NEAL B. BIGGERS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**