IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CASSANDRA LEE MORROW                                                                    PLAINTIFF

V.                                                                     CIVIL ACTION NO. 3:13CV276-NBB-SAA
                                                                                          LEAD CASE

KROGER LIMITED PARTNERSHIP I
and MICKEY MANCINI                                                                      DEFENDANTS

CONSOLIDATED WITH

SAVANNAH BARRON                                                                          PLAINTIFF

V.                                                                     CIVIL ACTION NO. 3:13CV305-NBB-SAA

KROGER LIMITED PARTNERSHIP I
and MICKEY MANCINI                                                                      DEFENDANTS

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that Defendant's motion for summary judgment is **GRANTED** and that Plaintiffs' claims against Defendant Kroger are **DISMISSED**.

This, the 25th day of March, 2015.

                                            /s/ Neal Biggers
                                            **NEAL B. BIGGERS, JR.**
                                            **UNITED STATES DISTRICT JUDGE**