IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CASSANDRA LEE MORROW											PLAINTIFF

VS.								CAUSE NO. 3:13-CV-00276-NBB-SAA

KROGER LIMITED PARTNERSHIP I
and MICKEY MANCINI											DEFENDANTS

CONSOLIDATED FOR DISCOVERY WITH

SAVANNAH BARRON												PLAINTIFF

VS.								CAUSE NO. 3:13-CV-305-NBB-SAA

KROGER LIMITED PARTNERSHIP I
and MICKEY MANCINI											DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED**

that the plaintiffs' motions for reconsideration of the court's orders granting summary judgment in favor of defendant Kroger Limited Partnership I ("Kroger") are **DENIED**; and

that the plaintiffs' motions for reconsideration of the court's orders granting defendant Mickey Mancini's motions to dismiss are **DENIED**.

This, the 29th day of March, 2016.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**